RECEIPT # _____
AMOUNT $ 150 —
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 6/21/04

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 18  P 4:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

EDWARD CARTER
        Plaintiff

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
        Defendant

C.A. No.

**04 - 11404 GAO**

MAGISTRATE JUDGE _Dein_

**NOTICE OF REMOVAL**
(pursuant to 28 U.S.C. §1441)

    The Defendant hereby gives notice of removal, pursuant to 28 U.S.C. §1441, from the Superior Court Department of the Trial Court of Massachusetts in the action of *EDWARD CARTER v. MASSACHUSETTS BAY TRANSPORTATION AUTHORITY*, now pending in the Suffolk Superior Court, Boston, Massachusetts, as *Civil Action No. 04-1989-A*.

    As grounds for this Notice of Removal, the Defendant submits the following:

1) This action is subject to removal by the Defendant because the action clearly "arises under the Constitution, treaties or laws of the United States" as required by 28 U.S.C. §1441;

2) The Plaintiff alleges that the Defendant violated the "Americans with Disabilities Act" as codified in 42 U.S.C.A §§12101-12213 (Complaint, par.16). Moreover, the case may concern an interpretation of the conditions for granting federally regulated commercial drivers license ("CDL) as defined under 49 C.F.R. 391 et seq(Complaint, Par.12);

3) This removal is being filed within thirty (30) days after service upon the Defendant;

    WHEREFORE, the Defendant hereby removes this action.

Respectfully submitted
for the Defendant

_____
Kevin S. McDermott, BBO#544513
Assistant General Counsel
M.B.T.A. Law Dept.,
Ten Park Plaza, 7th floor
Boston, MA 02116
Tel: (617) 222-4756
Email: KMcDermott@mbta.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by [mail/hand] on 12 July 04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Edward Carter v Massachusetts Bay Transportation Authority**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [X] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

   **04 - 11404 GAO**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [X]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Kevin S. McDermott**
ADDRESS **MBTA Law Dept., 10 Park Plaza, 7th Fl., Boston MA 02116**
TELEPHONE NO. **(617) 222-4756**

(Coversheetlocal.wpd - 10/17/02)

**JS 44** (Rev. 3/99)

# CIVIL COVER SHEET

04-11404 GAO

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**  Edward Carter

**DEFENDANTS**  Massachusetts Bay Transportation Authority

**(b) County of Residence of First Listed Plaintiff**  Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  Suffolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Alan J. McDonald & James Lamond
McDonald and Associates, Cordaville Office Center
153 Cordaville Road, Suite 210, Southborough MA 01772
(508) 485-6600

**Attorneys (If Known)**
Kevin McDermott (617) 222-4756
MBTA Law Dept.
10 Park Plaza, 7th Fl
Boston MA 02116

**II. BASIS OF JURISDICTION** — [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT** — [X] 442 Employment

**V. ORIGIN** — [X] 2 Removed from State Court

**VI. CAUSE OF ACTION**
American with Disabilities Act  42 USCA § 12101-12213

**VII. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] Yes

**DATE** 16 June 04

SIGNATURE OF ATTORNEY OF RECORD