## CIVIL ACTION COVER SHEET
### INSTRUCTIONS

### SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

| | CONTRACT | | | | REAL PROPERTY | | | | MISCELLANEOUS | |
|---|---|---|---|---|---|---|---|---|---|---|
| A01 | Services, labor and materials | (F) | C01 | Land taking (eminent domain) | | (F) | E02 | Appeal from administrative | | (X) |
| A02 | Goods sold and delivered | (F) | C02 | Zoning Appeal, G.L. c.40A | | (F) | | Agency G.L. c. 30A | | |
| A03 | Commercial Paper | (F) | C03 | Dispute concerning title | | (F) | E03 | Action against Commonwealth | | |
| A08 | Sale or lease of real estate | (F) | C04 | Foreclosure of mortgage | | (X) | | Municipality, G.L. c.258 | | (A) |
| A12 | Construction Dispute | (A) | C05 | Condominium lien and charges | | (X) | E05 | All Arbitration | | (X) |
| A99 | Other (Specify) | (F) | C99 | Other (Specify) | | (F) | E07 | c.112,s.12S (Mary Moe) | | (X) |
| | TORT | | | | | | E08 | Appointment of Receiver | | (X) |
| B03 | Motor Vehicle negligence- | | | EQUITABLE REMEDIES | | | E09 | General contractor bond, | | |
| | personal injury/property damage | (F) | D01 | Specific performance of contract | | (A) | | G.L. c.149,s.29,29a | | (A) |
| B04 | Other negligence-personal | | D02 | Reach and Apply | | (F) | E11 | Workman's Compensation | | (X) |
| | injury/property damage | (F) | D06 | Contribution or Indemnification | | (F) | E14 | Chapter 123A Petition-SDP | | (X) |
| B05 | Products Liability | (A) | D07 | Imposition of Trust | | (A) | E15 | Abuse Petition, G.L.c.209A | | (X) |
| B06 | Malpractice-medical | (A) | D08 | Minority Stockholder's Suit | | (A) | E16 | Auto Surcharge Appeal | | (X) |
| B07 | Malpractice-other(Specify) | (A) | D10 | Accounting | | (A) | E17 | Civil Rights Act, G.L.c.12,s.11H | | (A) |
| B08 | Wrongful death,G.L.c.229,s2A | (A) | D12 | Dissolution of Partnership | | (F) | E18 | Foreign Discovery proceeding | | (X) |
| B15 | Defamation (Libel-Slander) | (A) | D13 | Declaratory Judgment G.L.c.231A | | (A) | E96 | Prisoner Cases | | (F) |
| B19 | Asbestos | (A) | D99 | Other (Specify) | | (F) | E97 | Prisoner Habeas Corpus | | (X) |
| B20 | Personal Injury-Slip&Fall | (F) | | | | | E99 | Other (Specify) | | (X) |
| B21 | Environmental | (A) | | | | | | | | |
| B22 | Employment Discrimination | (F) | | | | | | | | |
| B99 | Other (Specify) | (F) | | | | | | | | |

### TRANSFER YOUR SELECTION TO THE FACE SHEET.

EXAMPLE:

| CODE NO. | TYPE OF ACTION (SPECIFY) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | (F) | ☒ Yes   ☐ No |

### SUPERIOR COURT RULE 29

**DUTY OF THE PLAINTIFF.** The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as necessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).

**DUTY OF THE DEFENDANT.** Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

**A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT, BUFF COLOR PAPER.**

**FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 04-1989-A | Trial Court of Massachusetts Superior Court Department County: |
|---|---|---|

| PLAINTIFF(S) Edward Carter 180 Central Street, Stoneham, MA 02180 | DEFENDANT(S) Massachusetts Bay Transportation Authority, 10 Park Plaza, 7th Floor Boston, MA 02106 |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Alan J. McDonald, BBO #330960 James F. Lamond, BBO #544817 McDonald & Associates, 153 Cordaville Rd., S210 Southborough, MA 01772-1834    508 485 6600 Board of Bar Overseers number: | ATTORNEY (if known) |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B22 | Employment Discrimination | (F) | (X) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS   N/A**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ... $
2. Total Doctor expenses ... $
3. Total chiropractic expenses ... $
4. Total physical therapy expenses ... $
5. Total other expenses (describe) ... $
   Subtotal $
B. Documented lost wages and compensation to date ... $
C. Documented property damages to date ... $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages ... $
F. Other documented items of damages (describe)
   $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$
TOTAL $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

TOTAL $. N/A

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT
N/A

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____    DATE: 5/5/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON
JUNE 22, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK.