UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD CARTER,<br><br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION<br>AUTHORITY,<br><br>    Defendant | Civil Action No: 04-11404 GAO |

**RULE 16.1 JOINT STATEMENT**

1. Joint Discovery Plan: The parties propose that all discovery shall be completed by May 1, 2005.

2. Motions: Any motions for summary judgment to be filed by July 1, 2005, with oppositions to same due within twenty-one (21) days of receipt of the motion.

For the plaintiff,

*James F. Lamond*
Alan J. McDonald, BBO #330960
James F. Lamond, BBO #544817
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772-1834
(508) 484-6600

For the defendant,

*Kevin S. McDermott*
Kevin S. McDermott, BBO #544513
Assistant General Counsel
Massachusetts Bay Transportation
   Authority
Ten Park Plaza, Seventh Floor
Boston, MA 02116
(617) 222-4756