UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD CARTER,

        Plaintiff

    v.

MASSACHUSETTS BAY
TRANSPORTATION
AUTHORITY,

        Defendant

Civil Action No:  04-11404 GAO

## JOINT MOTION TO MODIFY SCHEDULE FOR
## FILING DISPOSITIVE MOTIONS

The parties jointly and respectfully move the Court to enlarge, from August 1, 2005 until September 15, 2005, the date for filing their respective cross-motions for summary judgment.  In support of this motion, counsel state that despite their expectations to the contrary at the time of the status conference with the Court, the defendant has not yet provided the plaintiff with requested discovery responses that plaintiff's counsel believes will be necessary to completing his dispositive motion and/or preparing his opposition to that of the defendant.  In further support of their motion, counsel assert that an opportunity for settlement has developed and thus the additional time will permit the parties to explore that topic before they must devote additional resources to their dispositive motions.

For the plaintiff,

_James F. Lamond_ (s)

James F. Lamond, BBO#544817
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA  01772-1834
(508) 485-6600

For the defendant,

_Kevin S. McDermott_ (s)

Kevin S. McDermott, BBO #544513
Assistant General Counsel
Massachusetts Bay
Transportation Authority
Office of the General Counsel
Ten Park Plaza, Seventh Floor
Boston, MA 02116
(617) 222-4756