UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD CARTER,<br>  Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br>  Defendant | )<br>)<br>)<br>)  C.A. No. 04-11404-GAO<br>)<br>)<br>)<br>)<br>) |

### PARTIES' JOINT REQUEST FOR A SETTLEMENT ORDER OF DISMISSAL

  Now come the parties, Edward Carter and the Massachusetts Bay Transportation Authority (hereinafter "MBTA"), and report to the Court that they have entered into a settlement agreement that fully resolves the issues in dispute in this case and therefore jointly request that 1) the status conference set for January 30, 2006 be canceled and 2) the Court enter a settlement order of dismissal.  Since, however, the parties have agreed, on account of the MBTA's present financial situation, that the MBTA has until July 31, 2006 to make the financial payments called for under the agreement, the parties request that the settlement order of dismissal not become effective until August 1, 2006.

| For the Plaintiff, | for the Defendant |
|---|---|
| /s/ James F. Lamond | /s/ Kevin S. McDermott |
| James F. Lamond, Esq. | Kevin S. McDermott |
| BBO # 544871 | BBO # 544513 |
| McDonald & Associates | Assistant General Counsel |
| Cordaville Office Center | MBTA Law Department |
| 15 Cordaville Road, Suite 210 | 10 Park Plaza, Suite 7760 |
| Southborough, MA 01772 | Boston, MA 02116 |
| (508) 485-6600 | (617) 222-4756 |