**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                Plaintiff(s)

    V.

_____
                Defendant(s)

CIVIL ACTION

NO. _____

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]    On _____ I held the following ADR proceeding:

        SCREENING CONFERENCE        EARLY NEUTRAL EVALUATION
        MEDIATION        SUMMARY BENCH / JURY TRIAL
        MINI-TRIAL        SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were \_\_\_\_\_ /were not \_\_\_\_\_ present in person or by authorized corporate officer [except _____].

    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____                  _____
DATE